| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| ROD DANIELSON, Chapter 13 Trustee<br>Linda S. Conway, SBN 158634<br>4361 Latham Street, Suite 270<br>Riverside, CA  92501-1749<br>(951) 826-8000  FAX (951) 826-8090<br><br>☐ Attorney for<br>☒ Chapter 13 Trustee | |
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER  13<br>CASE NUMBER  6:09-bk-24046-PC |
| In re:<br><br>TUNG DUY TRAN and YVONNE BAONGOC TRAN,<br><br>                                                                Debtor(s). | (No Hearing Required) |

### TRUSTEE'S COMMENTS ON OR OBJECTION TO:

☒ DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS
☐ DEBTOR'S MOTION FOR AUTHORITY TO INCUR DEBT
☐ DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY
☐ DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY
☐ OTHER: _____

The undersigned Chapter 13 Trustee, having reviewed Debtor's Motion filed on __3/31/10__
as docket entry number ___37___, recommends:

☒     DISAPPROVAL for the following reasons:

Debtors' confirmed Plan provides for payments in the amount of $500 per month for months 1 through 6, $962 per month for months 7 through 29 and, $1,501 per month for months 30 through 60. To date 9 payments have come due.  Of the 9 payments that have come due, Debtors are delinquent 4 payments totaling $3,386 through March 2010.  Trustee last received a payment in November 2009.  Debtors seek to reduce their Plan payments to $150 per month from 12/2009 through 7/2010. Debtor's Motion does not seek a suspension of payments.  By Debtors' own Motion, the proposed modification is not feasible.   Debtors did not make any payments in the amount of $150 for 12/09, 1/10, 2/10 and 3/10.  Additionally, Debtors state that Mr. Tran's unemployment income will stop in June or July  2010.  Debtors do not state how they will be able to make Plan payments in any amount after Mr. Tran's unemployment benefits cease.  Debtors also did not provide current proof of Mrs. Tran's income.

Dated:  April 6, 2010                                                  _____
                                                                                              Chapter 13 Trustee

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

July 2008                                                                                                                                                F 3015-1.13

| In re: | **TUNG DUY TRAN** <br> **YVONNE BAONGOC TRAN** | Debtor(s) | **Chapter: 13** <br> Case Number: **6:09-bk-24046-PC** |
|---|---|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address 4361 Latham Street, Suite 270, Riverside, CA 92501.

The foregoing document described **Trustee's Comments on or Objection To: Debtor's Motion to Modify Plan or Suspend Plan Pyaments** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Orders(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service Information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On ___4-6-10___ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here contitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Debtor
TUNG DUY TRAN
YVONNE BAONGOC TRAN
39908 FALCON WAY
MURRIETA, CA  92563

Attorney for Debtor
DOAN LAW FIRM, LLP
25401 CABOT ROAD
SUITE 119
LAGUNA HILLS, CA  92653

☐ Service Information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (Indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4-6-10 | Susan Jones | *Susan Jones* |
|---|---|---|
| Date | Type Name | Signature |

FG:173-POS